# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| SUE E. LINBOE, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-00257 |
| ) | Phillips/Guyton |
| CITY-COUNTY FEDERAL ) | |
| CREDIT UNION and ) | |
| STONE & HINDS, P.C. ) | |
| ) | |
| Appellees. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the motion to dismiss by defendants, City-County Federal Credit Union and Stone & Hinds, P.C. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff, Sue E. Linboe, take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants, City-County Federal Credit Union and Stone & Hinds, P.C., recover of the plaintiff, Sue E. Linboe, its costs of action.

Dated at Knoxville, Tennessee, this _____ day of_____, 2006.


                                                s/ Patricia L. McNutt
                                              Clerk of Court